

ORDERED in the Southern District of Florida on December 15, 2023.

_____
**Scott M. Grossman, Judge
United States Bankruptcy Court**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

IN RE:  CASE NO. 23-12092-BKC-SMG
  CHAPTER 13

LAURENCE A. GOLD

_____/

### ORDER SUSTAINING OBJECTION TO CLAIM NO. 13-1

**THIS CAUSE** came to be heard on the Chapter 13 consent calendar on December 14, 2023 on the Debtor's Objection to Claim Number 13-1 (DE 79), and there being no objections otherwise raised, it is, therefore,

ORDERED AND ADJUDGED as follows:

1. The Court sustains the Debtor's Objection to Claim of Michigan Department of Treasury (Claim No. 13-1).

2. Michigan Department of Treasury's claim shall be stricken in its entirety.

###

Submitted by:

Law Offices of Michael H. Johnson, P.A.
800 West Cypress Creek Rd., #502
Ft. Lauderdale, FL 33309
(954) 535-1131
(954) 641-7750 fax

Michael H. Johnson is directed to serve copies of this order on all interested parties and file a certificate of service.